# EXHIBIT A

USDC IN/ND case 3:22-cv-00838-JD-MGG   document 1-1   filed 10/04/22   page 1 of 16

STATE OF INDIANA      )   ST. JOSPEH CIRCUIT/SUPERIOR COURT
                      ) SS:
ST. JOSEPH COUNTY     )   CAUSE NO. 71____-2209-CT-_____   71C01-2209-CT-000339

DOLORES KALLAS,                )
                               )
    Plaintiffs,            )
v.                             )   APPEARANCE
                               )
CHASON THOMSPON and            )
HILTON-SPENCERPORT             )
EXPRESS, INC.,                 )
                               )
    Defendants.            )

Party Classification:  Initiating: __XX__   Responding: ____   Intervening: ____

1. The undersigned attorney(s) and all attorneys listed on this form now appear in this case for the following party member(s):

    Plaintiff(s): Dolores Kallas

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    William A. Keller, #33653-71, SWEENEY•JULIAN 1620 South Bend Avenue, South Bend, IN 46617 Telephone: (574) 247-1234; Facsimile: (574) 271-1753.

    Franklin D. Julian, #21686-71, SWEENEY•JULIAN, 1620 South Bend Avenue, South Bend, IN 46617; Telephone: (574) 247-1234; Facsimile: (574) 271-1753

    Anthony R. Stevens, #34785-71, SWEENEY•JULIAN, 1620 South Bend Avenue, South Bend, IN 46617; Telephone: (574) 247-1234; Facsimile: (574) 271-1753

3. There are other party members:  No.

4. If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  CT

5. I will accept FAX service at the above noted number:  No.

6. This case involves support issues:  No.

7. There are related cases:  No.

8. This form has been served on all other parties.  No.

9. Additional information required by local rule:  None.

        Respectfully Submitted,

        SWEENEY•JULIAN

        /s/ *William A. Keller*

        _____
        William A. Keller, (#33653-71)
        Attorney for Plaintiffs
        1620 South Bend Avenue
        South Bend, IN 46617
        (574) 247-1234

| | |
|---|---|
| STATE OF INDIANA        ) | St. JOSEPH CIRCUIT/SUPERIOR COURT |
| ) SS: | |
| ST. JOSEPH COUNTY    ) | CAUSE NO. 71____2209-CT-_____ |
| | 71C01-2209-CT-000339 |

```
DOLORES KALLAS                          )
c/o SWEENEY JULIAN                      )
1620 South Bend Avenue                  )
South Bend, IN 46617,                   )
                                        )
              Plaintiff,                )
v.                                      )
                                        )
CHASON THOMPSON                         )
5 Barringer Dr                          )
Hamlin, NY 14464                        )
                                        )
HILTON-SPENCERPORT                      )
EXPRESS INC                             )
P.O. Box 55,                            )
Kendall, NY 14476                       )
c/o Thomas H. Cole, Registered          )
 Agent                                  )
16868 Kenmor Road                       )
Kendall NY 14476                        )
                                        )
                                        )
              Defendants.               )
```

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff Dolores Kallas, by counsel, for her complaint against the Defendants, Chason Thompson and Hilton-Spencerport Express Inc says:

1. On June 1, 2022, Dolores Kallas was a passenger in a vehicle driven by Reagan Rickson that was traveling on the Indiana Toll Road Interstate 80/90 near Milepost 71 in St. Joseph County, Indiana.

2. On June 1, 2022, defendant Chason Thompson, was driving a semi-truck, on the Indiana Toll Road Interstate 80/90 approaching Milepost 71 in St.

Joseph County, Indiana.

3. At that time, Chason Thompson was driving a semi-truck registerd to Hilton-Spencerport Express Inc., US DOT Number 26458 and MC Number 98214.

4. Hilton-Spencerport Express Inc., is a company registered in the State of New York with registered agent for service of process Thomas H. Cole, 16868 Kenmor Road, Kendall NY 14476.

5. The plaintiff's vehicle came to a stop in a line of cars in a construction zone on the Indiana Toll Road near mile post 71.

6. At that time the defendant Thompson failed to keep a proper lookout, failed to maintain a safe speed, failed to slow his vehicle and negligently drove into the back of several vehicles, including the vehicle containing the plaintiff, causing a violent collision.

7. At the time of the collision, Chasen Thompson was working within the scope of his employment with Hilton-Spencerport Express Inc, and Defendant Hilton-Spencerport Express Inc., is jointly and severally liable for the conduct of Defendant Thompson by virtue of the Doctrine of Respondeat Superior.

8. The collision referred to in paragraph 6 above was proximately caused by the negligence of Defendants, Thompson and Hilton-Spencerport Express Inc.

9. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has sustained and in the future will continue to sustain damages which include, but are not limited to:

A. Past and future pain and suffering; and

B. Past and future medical bills; and

C. Past and future economic loss; and

D. Loss of the ability to function as a whole person.

WHEREFORE, the Plaintiff demands:

1. Trial by jury.

2. The costs of this action.

3. Full compensation for the injuries sustained.

4. Any and all just and proper relief in the premises.

Respectfully submitted:

SWEENEY ● JULIAN

*/s/ William A Keller*

_____
Franklin D. Julian, #21686-71
William A. Keller, #33653-71
Anthony R. Stevens
Attorney for Plaintiff
1620 South Bend Avenue
South Bend, IN 46617
(574) 247-1234

# SUMMONS

| | |
|---|---|
| STATE OF INDIANA ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| ) SS: | |
| ST. JOSEPH COUNTY ) | CAUSE NO. 71C01-2209-CT-000339 |

**Plaintiff** – Names and Addresses

**DOLORES KALLAS**
c/o SWEENEY•JULIAN
1620 South Bend Avenue
South Bend, IN 46617

V.

**Defendant** – Names and Addresses

**CHASON THOMPSON**
5 Barringer Drive
Hamlin, NY 14464

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint, in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons. (You have twenty-three (23) days to answer if this summons was received by mail) or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE

_Rita L. Glenn_
(Clerk)

DATE  9/2/2022 , 2022.       BY  AS

The following manner of service is hereby designated:   [ ] Registered Mail       [X] Certified Mail

[ ] By Sheriff as provided by law.       [ ] Other, as follows:

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

[SEAL — ST. JOSEPH COUNTY INDIANA]

**ATTORNEY FOR PLAINTIFF**

Franklin D. Julian, #21686-71, SWEENEY•JULIAN, 1620 South Bend Avenue, South Bend, IN 46617 (574) 247-1234.

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto was received by me at _____ this _____ day of _____, 2022.

_____
(Signature of Defendant)

# RETURN OF SUMMONS

### CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____
By (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____ At the address(es) furnished by the plaintiff.

DATED: _____, 2022

BY _____
(Clerk)

_____
(Deputy)

### RETURN OF SERVICE OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of the return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATED: _____, 2022

BY _____
(Clerk)

_____
(Deputy)

### CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____
By (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2022, and I did deliver said summons and copy of complaint to the Sheriff of St. Joseph County, Indiana.

DATED: _____, 2022

_____
(Clerk)

_____
(Deputy)

### RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:
1. By delivering on the _____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____
2. By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).
4. This summons came to hand this _____ day of _____, 2022.
The within named _____ Was not found within my bailiwick this _____ day of _____, 2022.

MILEAGE  $_____
FEES     $_____
TOTAL    $_____

By _____

# SUMMONS

| | |
|---|---|
| STATE OF INDIANA     )<br>                      ) SS:<br>ST. JOSEPH COUNTY   ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT<br>CAUSE NO. 71C01-2209-CT-000339 |

**Plaintiff** – Names and Addresses

**DOLORES KALLAS**
**c/o SWEENEY•JULIAN**
**1620 South Bend Avenue**
**South Bend, IN 46617**

V.

**Defendant** – Names and Addresses
**HILTON-SPENCERPORT**
**EXPRESS INC**
**P.O. Box 55,**
**Kendall, NY 14476**
**c/o Thomas H. Cole, Registered**
 **Agent**
**16868 Kenmor Road**
**Kendall NY 14476**

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint, in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons. (You have twenty-three (23) days to answer if this summons was received by mail) or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE

*Rita L. Glenn*
(Clerk)

DATE  9/2/2022 , 2022.    BY   AS
                                (Deputy)

The following manner of service is hereby designated:  [ ] Registered Mail       [X] Certified Mail

[ ] By Sheriff as provided by law.       [ ] Other, as follows:

_____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

[SEAL: ST. JOSEPH COUNTY INDIANA]

**ATTORNEY FOR PLAINTIFF**

Franklin D. Julian, #21686-71, SWEENEY•JULIAN, 1620 South Bend Avenue, South Bend, IN 46617 (574) 247-1234.

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto was received by me at _____
_____ this _____ day of _____
_____, 2022.

_____
(Signature of Defendant)

# RETURN OF SUMMONS
**CERTIFICATE OF MAILING**
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____

By (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____ At the address(es) furnished by the plaintiff.

DATED: _____, 2022

BY _____ (Clerk)

_____ (Deputy)

## RETURN OF SERVICE OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of the return receipt was received on the _____ day of _____, 2022, which copy is attached herewith.

DATED: _____, 2022

BY _____ (Clerk)

_____ (Deputy)

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____

By (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2022, and I did deliver said summons and copy of complaint to the Sheriff of St. Joseph County, Indiana.

DATED: _____, 2022

_____ (Clerk)

_____ (Deputy)

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:
1. By delivering on the ____ day of _____, 2022, a copy of summons and a copy of the complaint to each of the following defendant(s): _____

2. By leaving on the _____ day of _____, 2022, for each of the within named defendant(s) _____

a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 2022.
The within named _____ Was not found within my bailiwick this ____ day of _____, 2022.

MILEAGE $_____

FEES    $_____

TOTAL   $_____

By _____

FORM 86-1

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE ST. JOSEPH SUPERIOR COURT |
| | ) SS: | |
| **ST. JOSEPH COUNTY** | ) | |

| | |
|---|---|
| DOLORES KALLAS c/o SWEENEY JULIAN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 71C01-2209-CT-000339 |
| ) | |
| CHASON THOMPSON and HILTON-SPENCERPORT EXPRESS, INC. ) | |
| ) | |
| Defendants. ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating ____   Responding X   Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party **Hilton-Spencerport Express, Inc.**

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Jeffrey E. Kehl/Downey & Lenkov LLC     Atty Number: 11226-71

   Address: 11055 Broadway, Suite B, Crown Point, IN 46307

   Phone: 312-327-0019

   FAX: _____

   Email Address: jkehl@dl-firm.com

{03378093.DOCX / }

**IMPORTANT**:  Each attorney specified on this appearance:

- (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
- (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
- (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No X

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No X

    _____

This case involves a petition for involuntary commitment.  Yes ____ No X

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

7. There are related cases: Yes ____ No X *(If yes, list on continuation page.)*

8. Additional information required by local rule:
    _____

9. There are other party members: Yes ____ No X *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes X No___

 

        /s/ Jeffrey E. Kehl  
        Attorney-at-Law  
        (Attorney information shown above.)

## **CERTIFICATE OF SERVICE**

I certify that on **September 28, 2022**, the above document was filed electronically. Notice will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Jeffrey E. Kehl

**FORM 86-1**

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE ST. JOSEPH SUPERIOR COURT |
| | ) SS: | |
| **ST. JOSEPH COUNTY** | ) | |

| | | |
|---|---|---|
| DOLORES KALLAS c/o SWEENEY JULIAN | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 71C01-2209-CT-000339 |
| CHASON THOMPSON and HILTON-SPENCERPORT EXPRESS, INC. | ) ) ) | |
| Defendants. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating ____     Responding X     Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party **Chason Thompson**

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Jeffrey E. Kehl/Downey & Lenkov LLC     Atty Number: 11226-71

   Address:  11055 Broadway, Suite B, Crown Point, IN 46307

   Phone: 312-327-0019

   FAX: _____

   Email Address: jkehl@dl-firm.com

{03381766.DOCX / }

**IMPORTANT**:  Each attorney specified on this appearance:

- (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
- (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
- (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues.  Yes ____  No X

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____  No X

   _____

This case involves a petition for involuntary commitment.  Yes ____  No X

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

7. There are related cases: Yes ____  No X *(If yes, list on continuation page.)*

8. Additional information required by local rule:
   _____

9. There are other party members: Yes ____  No X *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes X  No___

                              /s/ Jeffrey E. Kehl
                              Attorney-at-Law
                              (Attorney information shown above.)

{03381766.DOCX / }

## **CERTIFICATE OF SERVICE**

I certify that on **September 29, 2022**, the above document was filed electronically. Notice will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Jeffrey E. Kehl

{03381766.DOCX / }